UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMVISION CORPORATION,<br><br>    Plaintiff,<br> v.<br><br>LARRY SEIDLER, ET AL.,<br><br>    Defendants. | Case No.: C 10-05581 PSG<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF GEMVISION TO FILE APPLICATION FOR DEFAULT JUDGMENT** |

Pursuant to Fed. R. Civ. P. 55(b)(2), Plaintiff Gemvision Corporation, LLC ("Gemvision") will apply to the court for default judgment against Defendant Larry Seidler ("Seidler").[1] On March 31, 2011, the Clerk of the Court entered default against Seidler.

Gemvision shall file the above application no later than May 5, 2011.

Dated: April 25, 2011

*[signature]*

PAUL S. GREWAL
United States Magistrate Judge

---

[1] At the case management conference held on April 5, 2011, Gemvision advised the court that it will apply to the court for default judgment against Defendant Larry Seidler.

ORDER, *page 1*