UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMVISION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ZEIDLER, ET AL.,<br><br>    Defendants. | Case No.: C 10-05581 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE**<br><br>(Re: Docket No. 27) |

On May 5, 2011, Plaintiff Gemvision Corporation, LLC filed a motion for a default judgment and permanent injunction against Defendant Larry Zeidler. This case is assigned to a magistrate judge. Magistrate judges, however, have authority to order the entry of judgment in a case only upon consent of the parties. *See* 28 U.S.C. § 636(c)(1). Neither party has filed either a consent or a declination. Because Gemvision has applied to this court for final disposition against a party who has not consented to the jurisdiction of the magistrate judge,

IT IS HEREBY ORDERED that this case now be reassigned to a district judge.

Dated: June 13, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*