UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEMVISION CORPORATION, LLC,

        Plaintiff(s),

   v.

LARRY ZEIDLER,

        Defendant(s).
_____/

No. C 10-5581 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on Plaintiff's Motion for Default Judgment and Permanent Injunction.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: June 17, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J